42915.   FREEDMAN v. SCHEER, Administrator.

PER CURIAM.   The sole question in this case is the validity of a will, to wit, whether a foreign sovereign, the State of Israel, is capable of taking as a beneficiary under the will of a Georgia resident, under the laws of the State of Georgia.

Under Article VI, Section II, Paragraph IV of the Constitution of 1945, the Supreme Court has jurisdiction of this case and the appeal is

*Transferred to the Supreme Court.   Felton, C. J., Hall and Eberhardt, JJ., concur.*

DECIDED JUNE 27, 1967.

*Smith, Cohen, Ringel, Kohler, Martin & Lowe, Alex W. Smith, Ronald W. Hartley,* for appellant.

*Shoob, McLain & Jesse, George M. Scheer, Jr.,* for appellee.